UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America

v.

Adam Emmanuel Loya

) Case No. 1:13-CR-00169-LJO-SKO
)
)
)
)

**FILED**

AUG 1 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                ( ) Ad Testificandum.
Name of Detainee:    Fresno County Jail
Detained at (custodian):    1225 M Street, Fresno, CA 93721

Detainee is:  a.)  (X) charged in this district by:
                     (X) Indictment       ( ) Information       ( ) Complaint
                     Charging Detainee With:

or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  (X) return to the custody of detaining facility upon termination of proceedings
or  b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

                     Signature:    /s/   Melanie L. Alsworth
                     Printed Name & Phone No: Melanie L. Alsworth/ 559-497-4000
                     Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

August 19, 2013, 2013 at 4:15 p.m.          /s/ Stanley A. Boone
Date                                                 United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | ADAM EMMANUEL LOYA | Male | X |
| Booking or CDC #: | 1324000 | DOB: | 08/25/1985 |
| | | Race: | Hispanic |
| | | FBI #: | |
| Facility Phone: | Fresno County Jail | | |
| Currently Incarcerated For: | PC12020A Poss Mfg Sell Dang Weapon; HS 11377A Possess Control Substance | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____
                                          (Signature)

K:\SAB\To_Be_Signed\13cr169.Loya.writ.wpd
Form Crim-48

Revised 11/19/97