# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

United States of America

   v.

Adam Emmanuel Loya

) Case No.  1:13-CR-00169 LJO SKO
)
)
)
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum                      ( ) Ad Testificandum.

Name of Detainee:     Fresno County Jail
Detained at (custodian):     1225 M Street, Fresno, CA 93721

Detainee is:    a.)    (X) charged in this district by:
                      (X) Indictment        ( ) Information        ( ) Complaint
                  Charging Detainee With:

    or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (**X**) return to the custody of detaining facility upon termination of proceedings
          or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

        Signature:    /s/    Melanie L. Alsworth
        Printed Name & Phone No: Melanie L. Alsworth/ 559-497-4000
        Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
        (**X**) Ad Prosequendum                      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

**Monday, March 31, 2014 at 1:00 p.m.**

                                                  /s/ *Barbara A. McAuliffe*
Date    3/26/2014                                United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | ADAM EMMANUEL LOYA | Male | X |
| Booking or CDC #: | 1324000 | DOB: | 08/25/1985 |
| | | Race: | Hispanic |
| | | FBI #: | |

Facility Phone:    Fresno County Jail
Currently Incarcerated For:    PC12020A Poss Mfg Sell Dang Weapon; HS 11377A Possess Control Substance

**RETURN OF SERVICE**

Executed on         by
                                                                         (Signature)