# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADAM EMMANUEL LOYA<br><br>　　　　　　Defendant. | CR NO: 1:13-CR-000169 LJO SKO<br><br>**FILED**<br>AUG 21 2014<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>　　　　DEPUTY CLERK |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　☒ Ad Prosequendum　　　　　　　　　　　☒ Ad Testificandum

Name of Detainee: ADAM EMMANUEL LOYA
Detained at: Fresno County Jail

Detainee is:
　a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: _____
　or
　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
　a.) ☒ return to the custody of detaining facility upon termination of proceedings
　or
　b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary August 25, 2014 at 8:30 a.m in the Eastern District of California.*

Signature: /s/ Melanie L. Alsworth
Printed Name & Phone No: MELANIE L. ALSWORTH
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

　☒ Ad Prosequendum　　　　　　　　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on August 26, 2014 at 8:30 a.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 8/20/14

　　　　　　　　　　　　　　　　　　　Honorable Stanley A. Boone
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | None | ☒ Male ☐ Female | |
| Booking or CDC #: | 1324000 | DOB: | 08/25/1985 |
| Facility Address: | Fresno County Jail | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____
　　　　　　　　　　(signature)